# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-3336
LT Case No. 1997-CF-009096-A

———————————————

LAWRENCE W. BLOUNT,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.800 Appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

Lawrence W. Blount, Bowling Green, pro se.

No Appearance for Appellee.

December 23, 2025

PER CURIAM.

    AFFIRMED.

LAMBERT, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____